UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD WEAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-00761-JAR |
| ) | |
| ERDCC, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On July 11, 2022, the Court received a letter from plaintiff Edward Weaver, an inmate at the Eastern Reception, Diagnostic and Correctional Center in Bonne Terre, Missouri. (Docket No. 1). In the letter, plaintiff complained of being assaulted by correctional officers and denied medical care while incarcerated.

The Court has construed the letter as an attempt to bring a prisoner civil rights action pursuant to 42 U.S.C. § 1983. The complaint, however, is not on a Court form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Furthermore, plaintiff has not filed a motion for leave to proceed in forma pauperis or paid the filing fee.

The Court will therefore direct plaintiff to file an amended complaint on a Court-provided form, which will be provided to him. He will also be ordered to either file a motion for leave to proceed in forma pauperis or pay the entire filing fee. If plaintiff chooses to file a motion for leave to proceed in forma pauperis, he must also submit a copy of his inmate account statement for the six-month period immediately prior to the filing of his complaint. Plaintiff shall have thirty (30)

days in which to comply with this order. His failure to comply within thirty (30) days will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to file an amended complaint on the Court form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the entire filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, he must also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint.

Dated this 22nd day of July, 2022.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE